UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROCHELLE LOBEL,                                       :
                Plaintiff,                 Civil Action
                                         :        No. 05-10801-RCL
  v.
                                         :
BIOGEN IDEC INC., WILLIAM RASTETTER
and JAMES MULLEN,                               :

                Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT OF BIOGEN IDEC INC.**

       Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Biogen Idec Inc. hereby submits the following corporate disclosure statement:

       Biogen Idec Inc., a Delaware corporation, has no parent corporation and no publicly held company owns more than 10% of its stock.

Dated: May 3, 2005                                Respectfully submitted,
       Boston, Massachusetts

                                                              /s/ James R. Carroll
                                                             James R. Carroll (BBO #554426)
                                                            Matthew J. Matule (BBO #632075)
                                                             Michael S. Hines (BBO #653943)
                                                             SKADDEN, ARPS, SLATE,
                                                              MEAGHER & FLOM LLP
                                                             One Beacon Street
                                                             Boston, Massachusetts 02108
                                                             (617) 573-4800

                                                             Counsel for Defendants