UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROCHELLE LOBEL,                              :
                    Plaintiff,               Civil Action
                                             : No. 05-10801-RCL
        v.                                   :
BIOGEN IDEC INC., WILLIAM RASTETTER
and JAMES MULLEN,                            :
                    Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**JOINT STIPULATION AND ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff and defendants, by their respective counsel, hereby stipulate and agree to extend the time within which the defendants must answer, move, or otherwise respond to the complaint in this action until 60 days after the later of: (a) the Court's selection of a lead plaintiff pursuant to § 21D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a, et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (Public Law No. 104-67), or (b) the date on which a consolidated amended complaint, if any, is served upon the defendants, either pursuant to a Court order issued in connection with the selection of a lead plaintiff or otherwise, or by agreement of the plaintiffs in this action and the plaintiffs in any other action which is filed in this Court and which asserts claims similar to those alleged in the above-captioned action.

The parties jointly respectfully request that the Court approve the foregoing stipulation.

| | |
|---|---|
| Dated: May 3, 2005<br>      Boston, Massachusetts | Respectfully submitted, |

 /s/ David Pastor                                           /s/ James R. Carroll

Douglas Brooks (BBO #058850)  
David Pastor (BBO #391000)  
GILMAN AND PASTOR, LLP  
60 State Street, 37th Floor  
Boston, Massachusetts 02109  
(617) 742-9700  

Of Counsel:  

Jules Brody  
Aaron Brody  
Tzivia Brody  
STULL, STULL & BRODY  
6 East 45th Street  
New York, New York  
(212) 687-7230  

Joseph H. Weiss  
WEISS & LURIE  
551 Fifth Avenue  
New York, New York 10176  
(212) 682-3025  

Counsel for  
Rochelle Lobel  

James R. Carroll (BBO #554426)  
Matthew J. Matule (BBO #632075)  
Michael S. Hines (BBO #653943)  
SKADDEN, ARPS, SLATE,  
   MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800  

Counsel for  
Biogen Idec Inc., William Rastetter and  
James Mullen  


SO ORDERED:


Dated: _____    _____  
                                                              Reginald C. Lindsay  
                                                               United States District Judge