# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

ROCHELLE LOBEL, individually and on behalf of all others similarly situated,
            Plaintiff

V.

BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05-10801 RCL

TO: (Name and address of Defendant)

James Mullen
c/o Biogen IDEC, Inc.
14 Cambridge Center
Cambridge, MA 02142

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas M. Brooks
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR 2 2 2005

CLERK           DATE

(By) DEPUTY CLERK

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

May 3, 2005

I hereby certify and return that on 4/29/2005 at 10:05AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to KEVIN FOLEY, agent, person in charge at the time of service for JAMES MULLEN, at C/O BIOGEN IDEC, INC., 14 CAMBRIDGE CENTER, Cambridge, MA. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($1.28) Total Charges $37.28

Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.