AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
MASSACHUSETTS

ROCHELLE LOBEL, individually and
on behalf of all others similarly
situated,         Plaintiff

V.

BIOGEN IDEC INC., WILLIAM RASTETTER
and JAMES MULLEN
                  Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 10801 RCL

TO: (Name and address of Defendant)

William Rastetter
c/o Biogen IDEC, Inc.
14 Cambridge Center
Cambridge, MA 02142

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas M. Brooks
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

APR 2 1 2005

DATE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

May 3, 2005

I hereby certify and return that on 4/29/2005 at 10:05AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to KEVIN FOLEY, agent, person in charge at the time of service for WILLIAM RATSETTER, at C/O BIOGEN IDEC, INC., 14 CAMBRIDGE CENTER, Cambridge, MA. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($1.28) Total Charges $37.28

*Deputy Sheriff*

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.