UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | | |
|---|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER, and JAMES MULLEN,<br><br>Defendants. | : | 1:05-cv-10400 (RCL) |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>Defendants. | : | 1:05-cv-10453 (RCL) |
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>Defendants. | : | 1:05-cv-10801 (RCL) |

**MOTION TO ADMIT PRO HAC VICE**

    Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court,

and moves the admission in the above-entitled cause of action of Richard H. Weiss, Esquire,

- 1 -

Sanford P. Dumain, Esquire, and Ann M. Lipton, Esquire, all of Milberg Weiss Bershad & Schulman LLP, of New York, New York, and Robert N. Cappucci, Esquire, of Entwistle & Cappucci LLPP, also of New York, for the Biogen Institutional Investor Group.  Attorneys Weiss, Dumain, Lipton and Cappucci all certify (see Certificates attached to this motion) that (1) he/she is a member of the bar in good standing in all jurisdictions where he/she has been admitted to practice; (2) there are no disciplinary proceedings pending against him/her as a member of the bar in any jurisdiction; and (3) he/she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

Dated: July 20, 2005                                Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

### CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER, and JAMES MULLEN,<br><br>Defendants. | 1:05-cv-10400 (RCL) |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>Defendants. | 1:05-cv-10453 (RCL) |
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>Defendants. | 1:05-cv-10801 (RCL) |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Richard H. Weiss, hereby certify that:

1. I am a member in good standing of the bars of the State of New York, the Southern District of New York, Eastern District of New York, Court of Appeals in the Second and Sixth Circuits, and the United States District of Arizona.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                          MILBERG WEISS BERSHAD
                          & SCHULMAN LLP

                          By: _____
                              RICHARD H. WEISS
                          One Pennsylvania Plaza
                          New York, NY 10119-0165
                          (212) 594-5300

Dated: July 18, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER, and JAMES MULLEN,<br><br>                Defendants. | 1:05-cv-10400 (RCL) |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>                Defendants. | 1:05-cv-10453 (RCL) |
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>                Defendants. | 1:05-cv-10801 (RCL) |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO
LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Sanford P. Dumain, hereby certify that:

1. I am a member in good standing of the bars of the State of New York, the Southern District of New York, Eastern District of New York, District of Connecticut, the Eastern District of Michigan, Court of Appeals in the First, Second, Third, Sixth, Seventh and Eighth Circuits.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

MILBERG WEISS BERSHAD
& SCHULMAN LLP

By: _____
SANFORD P. DUMAIN
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

Dated: July 18, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER, and JAMES MULLEN,<br><br>Defendants. | 1:05-cv-10400 (RCL) |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>Defendants. | 1:05-cv-10453 (RCL) |
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>Defendants. | 1:05-cv-10801 (RCL) |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Ann M. Lipton, hereby certify that:

1. I am a member in good standing of the bars of the and the State of New York, the Southern District of New York, Eastern District of New York, Court of Appeals in Second and Third Circuits.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

MILBERG WEISS BERSHAD
& SCHULMAN LLP

By: _____
ANN M. LIPTON
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

Dated: July 18, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| CHARLES BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER, and JAMES MULLEN,<br><br>Defendants. | 1:05-cv-10400 (RCL) |
| CARY GRILL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>Defendants. | 1:05-cv-10453 (RCL) |
| ROCHELLE LOBEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOGEN IDEC, INC., WILLIAM RASTETTER and JAMES MULLEN,<br><br>Defendants. | 1:05-cv-10801 (RCL) |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Robert N. Cappucci, hereby certify that:

1. I am a member in good standing of the following bars: U.S. District Court for the District of New Jersey; U.S. District Court for the Southern and Eastern Districts of New York; U.S. Supreme Court; U.S. Court of Appeals for the 8th Circuit; U.S. District Court for the Eastern District of Michigan; and U.S. Court of Appeals for the 3rd Circuit.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

ENTWISTLE & CAPPUCCI LLPP

By: _____
ROBERT N. CAPPUCCI
299 Park Avenue
New York, New York 10171
(212) 894-7200

Dated: July 19, 2005