UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
CHARLES BROWN, Individually and on Behalf of      :
All Others Similarly Situated,                                      :
                                                                                :    05 CV 10400 (RCL)
                                              Plaintiff,                   :
                                                                                :
    vs.                                                                        :
                                                                                :
BIOGEN IDEC INC., WILLIAM RASTETTER,       :
and JAMES MULLEN,                                              :
                                                                                :
                                              Defendants.             :
                                                                                :
------------------------------------------------------------X
------------------------------------------------------------X
CARY GRILL, Individually and on Behalf of          :
All Others Similarly Situated,                                      :
                                                                                :
                                              Plaintiff,                   :    05 CV 10453 (RCL)
                                                                                :
    vs.                                                                        :
                                                                                :
BIOGEN IDEC INC., WILLIAM RASTETTER,       :
and JAMES MULLEN,                                              :
                                                                                :
                                              Defendants.             :
------------------------------------------------------------X
ROCHELLE LOBEL, Individually and on Behalf of  :
All Others Similarly Situated,                                      :
                                                                                :
                                              Plaintiff,                   :    05 CV 10801 (RCL)
                                                                                :
    vs.                                                                        :
                                                                                :
BIOGEN IDEC INC., WILLIAM RASTETTER,       :
and JAMES MULLEN,                                              :
                                                                                :
                                              Defendants.             :
------------------------------------------------------------X

**MOTION TO ADMIT PRO HAC VICE**

00005589.WPD ; 1

Now comes Douglas Brooks, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Patrick Slyne, Esquire, of Stull, Stull & Brody, of New York, New York, for plaintiff Rochelle Lobel. Patick Slyne certifies (see attached) that (1) he is a member in good standing of the bar of all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him in any jurisdictions in which he is a member; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above- entitled action.

Dated July 20, 2005                                    Respectfully submitted,

                                                       Gilman and Pastor, LLP


                                                       By:    /s/ Douglas M. Brooks
                                                              Douglas Brooks (BBO# 058850)
                                                              David Pastor (BBO# 391000)
                                                              GILMAN AND PASTOR, LLP
                                                              60 State Street, 37th Floor
                                                              Boston, MA 02109
                                                              Tel: 617.742.9700

                                                       **Proposed Liaison Counsel**
                                                       **For Plaintiffs and the Class**

00005589.WPD ; 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------X
CHARLES BROWN, Individually and on Behalf of  :
All Others Similarly Situated,                :
                                              :
                                 Plaintiff,    :    05 CV 10400 (RCL)
                                              :
    vs.                                       :
                                              :
BIOGEN IDEC INC., WILLIAM RASTETTER,          :
and JAMES MULLEN,                             :
                                              :
                                 Defendants.   :
                                              :
------------------------------------------------------------------X
------------------------------------------------------------------X
CARY GRILL, Individually and on Behalf of     :
All Others Similarly Situated,                :
                                              :
                                 Plaintiff,    :    05 CV 10453 (RCL)
                                              :
    vs.                                       :
                                              :
BIOGEN IDEC INC., WILLIAM RASTETTER,          :
and JAMES MULLEN,                             :
                                              :
                                 Defendants.   :
------------------------------------------------------------------X
ROCHELLE LOBEL, Individually and on Behalf of :
All Others Similarly Situated,                :
                                              :
                                 Plaintiff,    :    05 CV 10801 (RCL)
                                              :
    vs.                                       :
                                              :
BIOGEN IDEC INC., WILLIAM RASTETTER,          :
and JAMES MULLEN,                             :
                                              :
                                 Defendants.   :
------------------------------------------------------------------X

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO
LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I Patrick Slyne, hereby certify that:

1. I am a member in good standing of the bars of the State of Colorado, State of Connecticut, State of Wyoming (retired), United States District of Wyoming, United States District of Connecticut, Southern District of New York, Eastern District of New York and the United States Court of Appeals for the First and Ninth Circuits.

2. There are no disciplinary proceedings against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: July 20, 2005

          Respectfully submitted,

          STULL, STULL & BRODY

          _____
          Patrick Slyne
          6 East 45th Street
          New York, NY 10017
          (212) 687-7230